Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTRUCTION DESIGN UNLIMITED, INC., a California Corporation; and MASOUD MIRHADI, an individual,<br><br>Defendants. | Case No.: CV 08-5143 VRW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: February 19, 2009<br>Time: 3:30 p.m.<br>Ctroom: 6, 17th Floor<br>Hon. Vaughn R. Walker |

Plaintiffs offer the following in support of its Request to Continue Case Management Conference.

On November 12, 2008 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement ("Complaint"). Pursuant to the Complaint, Plaintiffs seek to recover outstanding trust fund contributions due on behalf of Defendants' covered employees.

1     On November 18, 2008 Defendants were served. Defendants failed to file a responsive pleading. On January 22, 2009 Plaintiffs filed their Request for Clerk's Entry of Default. On January 23, 2009 the Clerk of Court entered the default of Defendants.

    Plaintiffs anticipate that they will have a Motion for Default Judgment on file with this Court within 90 days.

    Based on the above, Plaintiffs respectfully request that the Court continue the case management conference for 90 days.

DATED: February 11, 2009

                                     BULLIVANT HOUSER BAILEY PC

                                     By _____
                                          Ronald L. Richman
                                          Susan J. Olson

                                     Attorneys for Plaintiffs

## CASE MANAGEMENT ORDER

    The Court having read Plaintiffs' Request to Continue Case Management Conference Statement and good cause appearing therefore:

    IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for February 19, 2009 at 3:30 p.m. be continued to ____May 28____, 2009 at 3:30 p.m., Courtroom 6, 17th Floor.

DATED: February __13__, 2009

                                     By _____
                                       HON. VAUGHN R. WALKER
                                     UNITED STATES DISTRICT JUDGE

*[GRANTED — Judge Vaughn R Walker — United States District Court, Northern District of California seal]*

11202279.1