Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs Laborers Trust Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> CONSTRUCTION DESIGN UNLIMITED, INC., a California Corporation; and MASOUD MIRHADI, an individual, <br><br> Defendants. | Case No.: C 08 5143 VRW (JCS) <br><br> **REQUEST TO VACATE ORDER OF EXAMINATION; ORDER THEREON** <br><br> Date: December 4, 2009 <br> Time: 1:30 p.m. <br> Ctroom: A, 15th Floor <br>          Hon. Joseph C. Spero |

— 1 —
REQUEST TO VACATE ORDER OF EXAMINATION; ORDER THEREON

1  Plaintiffs Laborers Trust Funds respectfully request that this Court vacate the Order of
2  Examination of Masoud Mirhadi, individually, and Masoud Mirhadi, on behalf of Construction
3  Design Unlimited, Inc., scheduled for December 4, 2009. Once the Order is signed by this
4  Court, Plaintiffs Laborers Trust Funds will notify Defendants that the Orders of Examination
5  have been vacated.

DATED: December 2, 2009

BULLIVANT HOUSER BAILEY PC

By _____/s/ Ronald L. Richman_____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

**ORDER**

Plaintiffs Laborers Trust Funds having requested that the Order of Examination be vacated, IT IS HEREBY ORDERED that the Orders of Examination of Masoud Mirhadi, individually, and Masoud Mirhadi, on behalf of Construction Design Unlimited, Inc., scheduled for December 4, 2009, are hereby vacated.

Dated: December _3_, 2009

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed by Judge Joseph C. Spero]

12166309.1

— 2 —
REQUEST TO VACATE ORDER OF EXAMINATION; ORDER THEREON